**LEVI & KORSINSKY LLP**
Eduard Korsinsky (EK-8989)
30 Broad Street, 24th Floor
New York, New York 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: ek@zlk.com

RECEIVED

JUL 1 3 2017

AT 8:30_____ M
WILLIAM T. WALSH
CLERK

*Counsel for Lead Plaintiff Hoyt Clark*

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BIXING PENG, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AGILE THERAPEUTICS, INC., ALFRED ALTOMARI, and ELIZABETH GARNER,<br><br>Defendants. | Case No.: 3:17-cv-00119-AET-LHG<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties hereby stipulate to the dismissal of the above-captioned action (the "Action") with prejudice by the undersigned Plaintiff as to Agile Therapeutics, Inc., Alfred Altomari, and Elizabeth Garner (collectively, "Defendants") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and as grounds therefor state as follows:

WHEREAS, on May 15, 2017, Plaintiff Hoyt Clark ("Plaintiff") was appointed as the Lead Plaintiff in this Action;

WHEREAS, Defendants deny that they engaged in any wrongful acts or are liable on any of the claims in this Action;

WHEREAS, this Action has not been certified as a class action;

WHEREAS, in consideration of the covenants and agreements contained in this Stipulation, the undersigned parties hereby stipulate and agree as follows:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this Action shall be dismissed with prejudice by the undersigned Plaintiff as to all Defendants, with each side to bear its own attorneys' fees and costs incurred in connection with this Action;

2. The undersigned parties mutually agree not to seek or assert any claim against the other(s) for fees, expenses, costs, sanctions (including any claim under Fed. R. Civ. P. 11) and/or any other claim that the Action was brought or defended in bad faith or without a reasonable basis;

3. This Stipulation constitutes the entire and complete agreement between the undersigned parties, the terms and conditions contained herein are contractual and not a mere recital, and such terms and conditions shall not be amended, supplemented or abrogated other than by a written instrument signed by each affected party hereto, or by the authorized representative of each party; and

4. This Stipulation shall not be construed against the party preparing it,

but shall be construed as if the parties jointly prepared this Stipulation, and any uncertainty or ambiguity shall not on the ground of authorship be interpreted against any one party.

THEREFORE, it is hereby stipulated and agreed by all undersigned parties that this Action be dismissed with prejudice as to all Defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: June 26, 2017        **LEVI KORSINSKY LLP**

        s/ Eduard Korsinsky
Eduard Korsinsky
30 Broad Street, 24th Floor
New York, New York 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: ek@zlk.com

-and-

Adam M. Apton
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Fax: (202) 333-2121
Email: aapton@zlk.com

(*admitted pro hac vice*)

*Attorneys for Lead Plaintiff Hoyt Clark and Lead Counsel for the Class*

Dated: June 26, 2017

**KATTEN MUCHIN ROSENMAN LLP**

_____
Jonathan Rotenberg
575 Madison Avenue
New York, New York 10022
Telephone: (212) 940-6405

*Attorneys for Defendants Agile Therapeutics, Inc., Alfred Altomari, and Elizabeth Garner*

SO ORDERED this 13th day of ~~June~~ July, 2017

_____
ANNE E. THOMPSON
UNITED STATES DISTRICT JUDGE

4